IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JESSICA WEBSTER-VALENTINO,<br>BARBARA FREEMONT, AMEN SHERIDAN,<br>RODNEY MORRIS, DORAN MORRIS, JR.,<br>FORREST ALDRICH, MITCHELL PARKER,<br>TILLIE ALDRICH, and JEFF MILLER,<br><br>　　　　　　　Defendants. | 8:16CR277<br><br>**ORDER** |

This matter came before the Court on February 22, 2018, for a Rule 17.1 Conference. Attorney Douglas R. Semisch was present for the United States of America. Attorneys Matthew M. Munderloh, Mallory N. Hughes, David R. Stickman, Kenneth F. Jacobs, Justin D. Eichmann, William F. McGinn, Julie A. Frank, Karen L. Vervaecke, and Terry A. White, were present for the Defendants. The scheduling of the two trials in this matter was discussed. All Defendants moved to continue trial to May 21, 2018, as to Defendants Webster-Valentino and Freemont, and to July 16, 2018, as to Defendants Sheridan, Morris, Morris, Jr., Forrest Aldrich, Parker, Tillie Aldrich, and Miller, without objection by the government. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the Defendants in a speedy trial. In the interest of justice, the time between today's date, and the trials in this matter, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. This case was previously designated as complex, due to the number of defendants, and it is unreasonable to expect adequate preparation for trial within the statutory time limits; and failure to grant a continuance would otherwise deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Additional deadlines and trial matters were also discussed, including motions in limine, voir dire, opening statements, witness and exhibit lists, and stipulations. The parties will submit a combined proposed Exhibit List for each trial to the undersigned magistrate judge, numbering the exhibits as discussed on the record, on or before April 6, 2018, and an additional Rule 17.1

Conference will be set for April 9, 2018, at 9:30 a.m. in Courtroom No. 6, before the undersigned Magistrate Judge. The parties shall be prepared to discuss and agree upon any evidentiary issues and procedures, including stipulations, in order to ensure a fair and expeditious trial. Accordingly,

**IT IS ORDERED:**

1. The trial of Defendants Webster-Valentino and Sheridan will be set by separate order of District Judge Robert F. Rossiter for the dates of May 21-23, 25, and 29-31, 2018;

2. The trial of Defendants Sheridan, Morris, Morris, Jr., Forrest Aldrich, Parker, Tillie Aldrich, and Miller will be set by separate order of District Judge Robert F. Rossiter for the dates of July 16-20, 2018;

3. The time between today's date, and the trials in this matter, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act;

4. For each trial, unless otherwise ordered by the Court, each party shall have 20 minutes for voir dire, and 30 minutes for opening statements;

5. For each trial, unless otherwise ordered by the Court, each party shall file any motions in limine, exhibit lists, witness lists, and proposed stipulations, two weeks in advance of the commencement of trial;

6. On or before April 6, 2018, the parties shall submit a combined proposed Exhibit List for each trial to the undersigned magistrate judge, numbering the exhibits as discussed on the record; and

7. An additional Rule 17.1 Conference is scheduled for April 9, 2018, at 9:30 a.m. in Courtroom No. 6, before the undersigned magistrate judge. For each trial, the parties shall be prepared to discuss and agree upon any evidentiary issues and procedures, including stipulations, in order to ensure a fair and expeditious trial. Counsel for the government and the Defendants shall be present for the hearing. Defendants are excused from appearing at the hearing.

Dated this 22nd day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge