IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>JESSICA WEBSTER-VALENTINO,<br>BARBARA FREEMONT, AMEN SHERIDAN,<br>RODNEY MORRIS, DORAN MORRIS, JR.,<br>FORREST ALDRICH, MITCHELL PARKER,<br>TILLIE ALDRICH, and JEFF MILLER,<br><br>　　　　　　　Defendants. | 8:16CR277<br><br>**ORDER** |

This matter came before the Court on April 9, 2018, for a Rule 17.1 Conference. Attorney Douglas R. Semisch was present for the United States of America. Attorneys Matthew M. Munderloh, Mallory N. Hughes, David R. Stickman, Kenneth F. Jacobs, Justin D. Eichmann, William F. McGinn, Julie A. Frank, Karen L. Vervaecke, and Terry A. White, were present for the Defendants. The parties discussed the exhibits lists that were jointly prepared and provided to chambers, as well as the possible use of experts and amended deadlines (expert disclosures, motions in limine, trial briefs, witness lists, exhibit lists, proposed jury instructions and verdict forms), in order to ensure a fair and expeditious trial. Accordingly,

**IT IS ORDERED:**

1. In the trial of Defendants Webster-Valentino and Freemont, all motions in limine, trial briefs, witness lists, exhibit lists, and proposed jury instructions and verdict forms shall be filed, emailed, and/or delivered two weeks in advance of trial (May 7, 2018), in accordance with the procedures otherwise set forth in the Court's order of February 26, 2018 (Filing No. 240). Defendants shall disclose any expert intended to be called as a witness at trial, along with any reports or summary of opinions, by April 23, 2018.

2. In the trial of Defendants Sheridan, Morris, Morris, Jr., Forrest Aldrich, Parker, Tillie Aldrich, all motions in limine, trial briefs, witness lists, exhibit lists, proposed jury instructions and verdict forms shall be filed, emailed, and/or delivered two weeks in advance of trial (July 2, 2018), in accordance with the procedures otherwise set forth in the Court's order of February 26, 2018 (Filing

No. 241). Defendants shall disclose any expert intended to be called as a witness at trial, along with any reports or summary of opinions, by June 18, 2018.

Dated this 9th day of April, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge